

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00371-CV

ORLANDO ELIAS-REYES AND SANDRA ELIAS-REYES, APPELLANTS

V.

US BANK TRUST NA AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,
APPELLEE

On Appeal from the County Court at Law No 1
Tarrant County, Texas
Trial Court No. 2016-003860-1, Honorable Don Pierson, Presiding

November 2, 2016

## MEMORANDUM OPINION

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

This is an appeal transferred to the Seventh Court of Appeals from the Second Court of Appeals per Supreme Court directive. Appellants, Orlando Elias-Reyes and Sandra Elias-Reyes, filed their notice of appeal with the Second Court on September 12, 2016. The clerk's record was due October 10, 2016. On October 11, 2016, the county clerk notified the Second Court that Appellants had not paid nor made arrangements to pay for the clerk's record. *See* TEX. R. APP. P. 35.3(a)(2). By letter dated October 11, 2016, the Second Court directed Appellants to pay or make

arrangements to pay for the record in a manner acceptable to the county clerk and provide the Second Court with proof same by October 21, 2016.  It further warned that the failure to comply would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).  Thereafter, the appeal was transferred to this court.

To date, Appellants have not made payment or arranged to pay for the clerk's record as previously directed.  Nor have they filed any response explaining their omission.  Consequently, we dismiss the appeal for want of prosecution, failure to comply with requirements of the Texas Rules of Appellate Procedure, and failure to comply with a court order.  TEX. R. APP. P. 37.3(b); 42.3(b), (c).

Per Curiam